UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
AUG 7 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 5:11-CT-3020-BR

| | |
|---|---|
| Thomas Shane Matherly ) | |
| ) | |
| Plaintiff, ) | |
| ) | SUGGESTION TO SUBSTITUTE |
| v. ) | NAMED DEFENDANT |
| ) | (Fed. R. Civ. P. 25(d)) |
| Tracy Johns ) | |
| Deborah Gonzales ) | |
| Candice Gregory ) | |
| Harley Lapping ) | |
| ) | |
| Defendants. ) | |

TO THE COURT AND ALL PARTIES
AND PERSONS INTERESTED

Thomas Shane Matherly, plaintiff, states on the record in this action that defendants, Tracy Johns, Warden FCI Butner 1 Medium and Harley Lapping, Director of BOP no longer hold those offices. To the extent that this action seeks relief from the defendants in their official capacity, J.F. Andrews, Warden FCI Butner 1 Medium and Charles Samuels, Director of BOP currently hold these offices in question and has automatically substituted as defendants in this action pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure.

Thomas Shane Matherly suggests that:

1) All papers subsequently filed in this action reflect the substitutions and;

2) If the Court so desires, it enter a formal order reflecting this substitution.

Dated: 8/1/2012

*[signature]*
Thomas Shane Matherly
34209-037
FCI Butner I Medium
PO Box 1000
Butner NC 27509-1000